# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Timothy W Chapley  
    Anita M Chapley  
        Debtor(s)

Case No. 13-09249

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/08/2013.

2) The plan was confirmed on 06/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 04/25/2014.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $8,445.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,398.45 |
| Less amount refunded to debtor | $303.50 |
| **NET RECEIPTS:** | **$7,094.95** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,997.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $276.67 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,273.67** |

Attorney fees paid and disclosed by debtor:   $503.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE CONDELL | Unsecured | 964.00 | NA | NA | 0.00 | 0.00 |
| AMG ILLINOIS LTD | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| ASM CENTER FOR SLEEP MED | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| BRADLEY COUNSELING CTR | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| CARE CENTRIX | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CHHABRIA NEUROLOGICAL SVCS | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HEALTH CENTER | Unsecured | 2,013.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF WISC | Unsecured | 1,329.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PEDIATRIC FACULTY | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PHYSICIANS GROUP | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SPECIALITY GROUP | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| CHRISTINA PEREZ | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ZION | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CLX SYSTEMS/WESTWOOD MGMT | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 2,943.00 | 3,518.26 | 3,518.26 | 88.06 | 0.00 |
| CONDELL ACUTE CARE | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 2,197.00 | NA | NA | 0.00 | 0.00 |
| CONDOR CAPITAL CORP | Unsecured | 0.00 | 14,600.34 | 14,600.34 | 365.50 | 0.00 |
| DEERPATH PHYSICIANS GROUP | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| DOCTORS OFFICE OF ZION | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| DURHAM & DURHAN | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| EVANSTON NORTHWESTERN HEALT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST NATIONAL BANK OF OMAHA | Unsecured | NA | 3,329.20 | 3,329.20 | 83.33 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| GURNEE RADIOLOGY CENTER | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 622.00 | 1,877.71 | 1,877.71 | 47.01 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | 9,390.07 | 9,390.07 | 235.07 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,058.00 | 978.42 | 978.42 | 24.49 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGY | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE GASTROENTEROLOGY | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| LIBERTYVILLE EMERGENCY PHYSIC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| MARK JACOB DDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MBS DIRECT | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL HEALTH FINANCIAL SVCS | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| MEDTRONIC MINI MED | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | 884.00 | 1,544.95 | 1,544.95 | 38.67 | 0.00 |
| NATIONWIDE CREDIT INC | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| NEOPATH S C | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| NEUROTECH | Unsecured | 302.00 | 299.04 | 299.04 | 7.49 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 14,211.70 | 612.96 | 612.96 | 612.96 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF NORTH SHO | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | NA | 94.11 | 94.11 | 2.35 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 526.00 | 1,328.97 | 1,328.97 | 33.27 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOC | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN DIAGNOSTIC SERVICES | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE MANAGEMENT SERVICES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RUSH PEDIATRIC MEDICAL SERVICE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 12,758.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Unsecured | NA | 1,256.10 | 1,256.10 | 31.45 | 0.00 |
| SWISS COLONY | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| THE CHILDRENS HEALTH CENTER | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| THERAPEUTIC ENDOSCOPY ASSOC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,625.00 | 23,474.93 | 23,474.93 | 587.58 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 36,050.89 | 36,050.89 | 902.35 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 5,654.13 | 5,654.13 | 141.52 | 0.00 |
| VERITAS INSTRUMENT REN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GURNEE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VISTA HEALTH | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 180.00 | 24,317.68 | 24,317.68 | 608.66 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WAUKEGAN CLINIC CORPORATION | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ZION CLINIC SC | Unsecured | 429.00 | 460.19 | 460.19 | 11.52 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $612.96 | $612.96 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$612.96** | **$612.96** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$128,174.99** | **$3,208.32** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,273.67 |
| Disbursements to Creditors | $3,821.28 |
| **TOTAL DISBURSEMENTS:** | **$7,094.95** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/16/2014     By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**